Case 3:23-cr-00255-MEM Document 44-1 Filed 08/21/24 Page 1 of 1
Case 3:23-cr-00255-MEM Document 8 Filed 10/05/23 Page 1 of 1
Case 3:23-cr-00255-MEM Document 6-1 Filed 09/28/23 Page 1 of 1

FILED
WILKES BARRE
OCT 05 2023
PER MS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) NO. 3:23-CR-00255
)
v. ) (MAGISTRATE JUDGE SAPORITO)
)
CHRISTOPHER HORSFIELD ) (ELECTRONICALLY FILED)

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

UNITED STATES OF AMERICA TO THE WARDEN;
MONROE COUNTY CORRECTIONAL FACILITY, STROUDSBURG,
PENNSYLVANIA

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at WILKES-BARRE ~~Harrisburg~~, Pennsylvania, on Oct. 12, 2023 at 10:30 A .m., the person of CHRISTOPHER HORSFIELD, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the CHRISTOPHER HORSFIELD be heard on the criminal charges above referred to, charging violations of Title 18, United States Code, Section 2252(a), and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said CHRISTOPHER HORSFIELD to Monroe County Correctional Facility, Stroudsburg, PA, to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return made hereof.

WITNESS my signature on this, the 5th day of October, 2023.

*[signature]*
U.S. MAGISTRATE JUDGE


DEFENDANT'S EXHIBIT A