COURT OF COMMON PLEAS OF MONROE COUNTY
43rd JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA    :
                                :
    vs.                         :
                                :    NO. 665 CR 2024
CHRISTOPHER JON HORSFIELD,      :
        Defendant               :

## ORDER - GUILTY PLEA

**AND NOW**, this 2nd day of July, 2024, the Defendant having entered a plea of guilty to Count 1 of the Criminal Information, Indecent Assault, Person Less than 13 Years of Age, a felony of the third degree, and the Defendant having waived the requirement to be sentenced within 90 days of his conviction, the Defendant is directed to appear for sentencing on the 23rd day of October, 2024 at 9:00 a.m. in a Courtroom to be determined of the Monroe County Courthouse, Stroudsburg, Pennsylvania.

Pending sentencing, the Monroe County Probation Department shall conduct a Pre-Sentence Investigation and furnish the Court with a copy of its report.

Further, it is ORDERED that the Sexual Offender Assessment Board complete an evaluation of the Defendant to determine whether he shall be classified as a sexually violent predator.

The status of bail is continued.



DEFENDANT'S EXHIBIT C

The Defendant having consented to sentencing via ACT, the Defendant shall appear via ACT at the time of sentencing.

BY THE COURT:

*[signature]*

Filed
07/05/2024 11:43AM
Court of Common Pleas

_____
**JENNIFER HARLACHER SIBUM, JUDGE**

cc: District Attorney's Office
    Public Defender's Office
    Lackawanna County Prison
    Pennsylvania Sexual Offender Assessment Board
    Sheriff
    Probation
    Court Administration